UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 05-CR-00173-D

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. WILLIS JAMES CRITTON,

      Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court on a review of the file.  Trial is currently set to commence Tuesday, February 21, 2006, and a final trial preparation conference is set Wednesday, February 8, 2006, at 4:00 p.m.  Defense counsel Matthew C. Golla filed a Motion to Withdraw that was heard at a hearing on December 21, 2005.  To the extent the docket still reflects that this motion is pending, the Motion to Withdraw is granted.

By docket entry on December 29, 2005, it appears that new counsel for Defendant has now been appointed.  Counsel for Defendant shall file a status report on or before **Tuesday, January 17, 2006** indicating whether motions will be filed and, if so, the time frame for the filing of such motions, whether the case is likely to go to trial, whether the present trial date and the date for the final trial preparation conference are still viable, and the status of the speedy trial deadlines.

In conclusion, it is

ORDERED that the Motion to Withdraw filed December 12, 2005, is **GRANTED**.

It is

FURTHER ORDERED that newly appointed counsel for Defendant shall file a

status report on or before **Tuesday, January 17, 2006**.

Dated:  January 9, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge