UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 05-CR-00173-D

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. WILLIS JAMES CRITTON,

    Defendant.
_____

**ORDER DISCHARGING SHOW CAUSE ORDER**
_____

    THIS MATTER comes before the Court on its Order to Show Cause filed February 15, 2006.  The parties were ordered therein to show cause why they failed to comply with the Court's Order of January 13, 2006 that required the parties to contact the Court by January 31, 2006, to set a new dates for a hearing and the trial in this case.

    The parties filed a joint response to the Show Cause Order on February 15, 2006.  They apologize therein for failing to comply with the Court's Order and indicate that it is not necessary to set dates for trial and a hearing in this case as the parties believe a disposition has been reached.  The Court, having reviewed the parties' response and being fully advised in the premises, hereby

    ORDERS that the Order to Show Cause filed February 15, 2006, is **DISCHARGED**.  It is

FURTHER ORDERED that the parties shall file a notice of disposition or a status report if a disposition has not been reached by **Monday, March 6, 2006**.

Dated: February 23, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge