UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00173-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. WILLIS JAMES CRITTON,

      Defendant.

_____

**ORDER**

_____

      THIS MATTER coming before the Court upon motion of the government to grant

the defendant an additional one-level decrease in the offense level for acceptance of

responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and

the Court having considered the same,

      IT IS HEREBY ORDERED that the defendant be granted an additional one-level

decrease in the offense level.

      DATED this 15th day of August, 2006.


                         s/ Wiley Y. Daniel
                         WILEY Y. DANIEL,
                         United States District Judge